Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

March 12, 2025

_____
Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

ZACHARY M. WILSON,

Defendant.

NO. CR25-036 JHC

INDICTMENT

The Grand Jury charges that:

## COUNT 1

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about December 23, 2024, in Snohomish County, within the Western District of Washington, ZACHARY M. WILSON did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl) and methamphetamine, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

Indictment - 1
*United States v. Wilson*
USAO No. 2025R00212

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

## COUNT 2

### (Unlawful Possession of a Firearm)

On or about December 23, 2024, in Snohomish County, within the Western District of Washington, ZACHARY M. WILSON, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i. *Assault of a Child in the Second Degree*, in the Superior Court of Washington for Snohomish County, under case number 091015427, on or about January 13, 2010;

    ii. *Assault in the Third Degree*, in the Superior Court of Washington for Clallam County, under case number 111000698, on or about May 24, 2011;

    iii. *Assault in the Second Degree*, in the Superior Court of Washington for Snohomish County, under case number 181008004, on or about July 25, 2018;

    iv. *Possession of a Controlled Substance with Intent to Manufacture or Deliver*, in the Superior Court of Washington for Snohomish County, under case number 181012362, on or about August 15, 2018; and

    v. *Residential Burglary*, in the Superior Court of Washington for Snohomish County, under case number 181020284, on or about August 24, 2018;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Taurus PT 908 9mm, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

Indictment - 2
*United States v. Wilson*
USAO No. 2025R00212

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## FORFEITURE ALLEGATION

The allegations contained in Counts 1–2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, ZACHARY M. WILSON shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to:

     a. one Taurus PT 908 9mm pistol; and

     b. one black 9mm pistol magazine containing five 9mm rounds.

Upon conviction of the offense alleged in Count 2, ZACHARY M. WILSON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense. This property includes, but is not limited to:

     a. one Taurus PT 908 9mm pistol; and

     b. one black 9mm pistol magazine containing five 9mm rounds.

//
//
//
//
//
//
//
//
//

Indictment - 3
*United States v. Wilson*
USAO No. 2025R00212

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: yes

DATED: 3|12|2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

TEAL LUTHY MILLER
Acting United States Attorney

_____

AMY JAQUETTE
Assistant United States Attorney

_____

AJAY RAVINDRAN
Special Assistant United States Attorney

Indictment - 4
*United States v. Wilson*
USAO No. 2025R00212

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970